UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Vivian T Fernandez<br><br>Debtor(s) | Case No. 13-28932 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2013.

2) The plan was confirmed on 02/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 10/02/2018.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $19,000.00.

10) Amount of unsecured claims discharged without payment: $141,155.51.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $15,426.76 |
| Less amount refunded to debtor | $23.56 |

**NET RECEIPTS:** $15,403.20

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $671.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $671.32

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED RADIOLOGY | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,200.00 | 3,070.65 | 3,070.65 | 1,092.34 | 0.00 |
| BELLA LUKYAN | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 707.72 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 813.60 | NA | NA | 0.00 | 0.00 |
| BRODSKY DERMATOLOGY | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 1,068.34 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 1,590.83 | NA | NA | 0.00 | 0.00 |
| CARMEN & TORIBIO ESCARENO | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,997.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 648.37 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 118.07 | 118.07 | 42.00 | 0.00 |
| COOK COUNTY TREASURER | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| CRS/COLLECTION AGENCY | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CRT COLLECTION SER | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| DAILY HERALD/PADDOCK PUB INC | Unsecured | 39.07 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | NA | 6,955.49 | 6,955.49 | 6,955.49 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | 490,281.00 | 488,122.84 | 0.00 | 0.00 | 0.00 |
| FARMERS INSURANCE | Unsecured | 1,517.00 | NA | NA | 0.00 | 0.00 |
| FINANICAL RECOVERY SERVICES | Unsecured | 780.52 | NA | NA | 0.00 | 0.00 |
| FINANICAL RECOVERY SERVICES | Unsecured | 858.03 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 1,583.83 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCO ZAVALA | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| GROVE DENTAL ASSOC | Unsecured | 852.20 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 753.68 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 2,418.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HARRIS & HARRIS | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 3,695.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 739.99 | 389.97 | 389.97 | 389.97 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 254.40 | 254.40 | 90.50 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 453.00 | 516.60 | 516.60 | 183.77 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,600.00 | 1,655.87 | 1,655.87 | 1,655.87 | 0.00 |
| JAY MUELLER DDS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 1,076.10 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 904.39 | NA | NA | 0.00 | 0.00 |
| JOEL CARDIS ESQ | Unsecured | 764.85 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 879.00 | 809.17 | 809.17 | 287.85 | 0.00 |
| LVNV FUNDING | Unsecured | 283.00 | 665.24 | 665.24 | 236.65 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL FERNANDEZ | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 754.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 314.48 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,332.34 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 14,426.11 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,228.91 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,618.68 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1,602.92 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE LABORATORY SVCS | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE LABORATORY SVCS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 139.90 | 893.58 | 893.58 | 317.88 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 8,051.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| SAM DAN | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 3,538.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 10,764.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Unsecured | 1,932.66 | 2,241.70 | 2,241.70 | 797.45 | 0.00 |
| STEVEN J FINK & ASSOCS | Unsecured | 1,134.99 | NA | NA | 0.00 | 0.00 |
| TIME CUSTOMER SVC INC | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 2,000.00 | 2,065.45 | 0.00 | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Unsecured | NA | NA | 2,065.45 | 734.75 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 1,054.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| TRUEGREEN CHEMLAWN | Unsecured | 51.75 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEM | Unsecured | 283.01 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| VILLIAGE OF MT PROSPECT | Unsecured | 1,438.43 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | NA | 5,474.16 | 5,474.16 | 1,947.36 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 10,920.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-28932   Doc 78   Filed 01/07/19   Entered 01/07/19 09:11:12   Desc Main
                       Document      Page 4 of 4

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,955.49 | $6,955.49 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,955.49** | **$6,955.49** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,045.84 | $2,045.84 | $0.00 |
| **TOTAL PRIORITY:** | **$2,045.84** | **$2,045.84** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,109.02** | **$5,730.55** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $671.32 |
| Disbursements to Creditors | $14,731.88 |
| **TOTAL DISBURSEMENTS :** | **$15,403.20** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/07/2019            By: /s/ Tom Vaughn
                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**